

# MEMORANDUM OPINION

No. 04-09-00543-CR

**IN RE** Curtis W. **CLEVELAND**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Steven C. Hilbig, Justice

Delivered and Filed: September 9, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered the petition for a writ of mandamus filed by relator, Curtis W. Cleveland on August 28, 2009, and is of the opinion that relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for a writ of mandamus is denied.

The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2008-CR-10546, styled *The State of Texas v. Curtis W. Cleveland*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Sid Harle presiding.